# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| NILES C. TAYLOR and | : | Bankruptcy No. 07-15385DWS |
| ANGELA J. TAYLOR, | : | |
| | : | |
| Debtors. | : | |

# ORDER

**AND NOW**, this 24th day of June 2008, upon consideration of the Motion of HSBC Mortgage Corporation (USA) and Moss Codilis, LLP for Reconsideration (the "Motion") of the Court's Order of June 9, 2008 (the "Order");

**And** representatives of HSBC Mortgage Corp. ("HSBC") and Moss Codilis LLP being ordered to appear at a hearing on July 16, 2008 for the reasons stated in the Order;

**And** the Court having reviewed the Motion and the Affidavits of Maria Borresen, Esquire and Kimberly Graves, Vice President of HSBC in support of their requests to be excused from such appearance or, in the alternative, to appear by telephone;

**And** the Court finding that no hearing is necessary with respect to the Motion, 11 U.S.C. § 102(1)(A);

In re Niles C. and Angela J. Taylor - Bankruptcy No. 07-15385DWS
-2-

It is hereby **ORDERED** that the Motion is **DENIED** provided, however, that the

July 16 hearing shall be rescheduled for **JULY 23, 2008 at 9:30 a.m.**[1]


                        DIANE WEISS SIGMUND
                        U.S. Bankruptcy Judge

Mailed copies to:
Niles C. & Angela J. Taylor
218 Loomis Avenue
Coatesville, PA  19320

Joye McDonald-Hamer, Esquire
31 South High Street
West Chester, PA  19382

Steven K. Eisenberg, Esquire
261 Old York Road, Suite 410
Jenkintown, PA  19046

HSBC Mortgage Corp. (USA)
Attn: Kimberly Graves, Vice President
2929 Walden Avenue
Depew, NY  14043

Maria Borresen, Esquire
2525 15th Street, #1B
Denver, CO  80211

Lorraine Gazzara Doyle, Esquire
David Fitzgibbons, Esquire
Udren Law Offices, P.C.
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003-3620

Moss Codilis LLP
6560 Greenwood Plaza Boulevard
Two Greenwood Plaza, Suite 550
Englewood, CO  80111-4980

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, Esquire
P. O.  Box 40119
Philadelphia, PA 19106-0119

---

[1] As Ms. Graves avers that she is unavailable to personally appear on July 16, 2008 due to a previously scheduled and paid for vacation, I have directed my courtroom deputy to continue the hearing to the first available date after her return.